UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND W. WACKER, SR., | ) | CASE NO.1:12CV127 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| PATRICK R. DONAHUE, et al., | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On January 19, 2012, Plaintiff filed his Complaint with this Court. On January 26, 2012, this case was referred to Magistrate Judge Greg White for general pretrial supervision. On October 3, 2012, the Magistrate Judge issued his Report and Recommendation (ECF#16) recommending Plaintiff's Complaint be dismissed with prejudice for want of prosecution.

Plaintiff was ordered to engage in a planning meeting and appear for a Case Management Conference on September 18, 2012. Counsel for Defendants was unable to reach Plaintiff. Plaintiff failed to attend the Conference. Plaintiff has not responded to Defendants' Motion for Partial Dismissal (ECF # 8) filed on August 3, 2012. The Magistrate Judge set a Show Cause Hearing for October 3, 2012. (ECF #14). Plaintiff was informed that failure to attend could result in dismissal of this action with prejudice. Plaintiff failed to appear at the Show Cause Hearing.

The Court finds that Plaintiff has failed to move or seek an extension and has deliberately ignored court orders. Therefore, the Court dismisses his claims, with prejudice, for

want of prosecution.

       IT IS SO ORDERED.

                                      s/ Christopher A. Boyko
                                      CHRISTOPHER A. BOYKO
                                      United States District Judge

Dated: October 31, 2012